UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br><br> Jose CHAVEZ-Naranjo, <br><br><br> Defendant. | Magistrate Docket No. '21 MJ4809 <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8, USC 1324(a)(1)(A)(ii) <br> Transportation of Illegal Aliens <br><br> Title 18, USC 111(a)(1) and (b) Assault on a Federal Officer (Felony) |

The undersigned complainant being, duly sworn, states:

COUNT ONE

On or about December 7, 2021, within the Southern District of California, defendant Jose CHAVEZ-Naranjo, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Nancy Beraly LAVARREDA-Bonilla, J.D.L.M., Maria Luisa MARTINEZ-VERDUZCO, Adileth MERINO-Merino, Luis Alberto ORTIZ-Lopez, Jorge Luis ORTIZ-Lopez, Alfonso SANCHEZ-Hernandez, Tomasa Cristina SANTOS-Martinez and Litzy Karina TRUJILLO-Barboza, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about December 7, 2021, within the Southern District of California, defendant Jose CHAVEZ-Naranjo , did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent Hernandez, in that Defendant assaulted Agent Hernandez while the Agent was engaged in the performance of his official duties, such acts involving use of a dangerous weapon, to wit; defendant used his truck to strike Agent Hernandez' vehicle; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON DECEMBER 8, 2021

_____
HON. ANDREW G. SCHOPLER
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Jose CHAVEZ-Naranjo

## PROBABLE CAUSE STATEMENT

The complainant states that Nancy Beraly LAVARREDA-Bonilla, J.D.L.M., Maria Luisa MARTINEZ-VERDUZCO, Adileth MERINO-Merino, Luis Alberto ORTIZ-Lopez, Jorge Luis ORTIZ-Lopez, Alfonso SANCHEZ-Hernandez, Tomasa Cristina SANTOS-Martinez and Litzy Karina TRUJILLO-Barboza are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 7, 2021, Border Patrol Agents P. Paulino, J. Hernandez and D. Lawson were conducting assigned duties in the Campo Border Patrol Station's area of responsibility. At approximately 3:05 PM, Border Patrol Agent C. Zith, operating a Mobile Surveillance Capabilities scope, observed at least five individuals walking through the brush in an area known to Border Patrol agents as "Little Valley North" and "Dump Road." At approximately 6:00 PM, Agent Zith observed at least five individuals running out of the brush and getting into a pickup truck on Jewel Valley Way. Agent Zith reported what he had observed via service radio, and Agent Hernandez responded to the area.

Agent Hernandez went to Jewel Valley Way and saw a grey Chevrolet Silverado making a U-turn further ahead on Jewel Valley Way. Agent Hernandez called Agent Zith, who confirmed that it was the same pickup truck which he had seen at least five individuals enter. Agent Hernandez turned on his lights and siren in order to conduct a vehicle stop on the grey Silverado. The Silverado continued eastbound on Jewel Valley Way and turned north onto Jewel Valley Road. At that time, Agent Hernandez notified San Diego Sector Dispatch that the Silverado failed to yield.

The Silverado continued north on Jewel Valley Road to the intersection of Jewel Valley Road and Old Highway 80, where the driver failed to yield for a stop sign. The driver continued north to Interstate 8, where he entered the freeway going west. Agents Paulino and Hernandez continued the pursuit onto the freeway where one of the agents saw that the bed cover on the Silverado was slightly open and saw hands holding the top of the tailgate of the Silverado. Visibility was low, due to low light as the sun had already set, and traffic was light. At that time, Agent Hernandez requested permission from the pursuit manager to pass and overtake the Silverado in order to perform a boxing in maneuver. Supervisory Border Patrol Agent G. Davis approved his request.

CONTINUATION OF COMPLAINT:
Jose CHAVEZ-Naranjo

Border Patrol Agent J. Parco, who was conducting assigned duties in the Boulevard Border Patrol Station's area of responsibility, arrived on scene to assist with the pursuit. Agent Hernandez attempted to perform the boxing in maneuver twice. The first time, the Silverado swerved back and forth and Agent Hernandez allowed it to pass. The second time Agent Hernandez performed the maneuver, the Silverado again swerved back and forth but also went into the dirt freeway median and passed Agent Hernandez. During that pass, the driver of the Silverado made intentional contact with the front left panel of Agent Hernandez's vehicle. Agent Hernandez believed that the driver's intentional assault was to get Agent Hernandez to stop the pursuit. Agent Paulino reported via service radio, that the approximate speed of the Silverado exceeded 95 miles per hour. At that point, due to the driver's erratic driving, use of his Silverado to assault, and knowledge that Border Patrol agents were ahead with spike strips, Agent Hernandez slowed his vehicle and continued to follow at a safe distance.

Agents Davis and Lawson were positioned near the Kitchen Creek exit on Interstate 8 with controlled tire deflation devices. One of the tire deflation devices made positive contact with the Silverado's front driver side tire. Agents Paulino and Hernandez then continued the pursuit of the Silverado, which was now continuing to fail to yield, driving at approximately 80 miles per hour, with tire debris falling off. As the Silverado approached the Buckman Springs Road off-ramp at approximately 80 miles per hour, the driver was straddling both of the Interstate 8 westbound lanes. The Silverado suddenly turned right towards the Buckman Springs Road off-ramp and then aggressively made an abrupt turn back toward the left lane. As a result, Agent Paulino observed the rear wheels of the Silverado lose traction on the roadway, causing it to violently slide across the road. The Silverado then crashed into the center embankment, rolled over and several individuals were seen being ejected from the Silverado's truck bed.

Agents Paulino, Parco and Hernandez arrived on scene and began to assess the situation. At that time, Agent Hernandez found several people on the ground and the grey Silverado heavily damaged. Agents Paulino and Parco approached the driver side door of the Silverado, announced their presence and ordered the driver, later identified as the defendant, Jose CHAVEZ-Naranjo, to show them his hands and not to move. CHAVEZ attempted to jump out of the driver's side window, and as he was leaning out of the window, Agents Parco and Paulino assisted CHAVEZ in exiting through the window. Agents Parco and Paulino positioned CHAVEZ to the ground, attempted to place hand-restraints on him but CHAVEZ pulled from Agent Paulino's grasp and tucked his arms and hands underneath his abdomen. CHAVEZ continued to resist, flailing on the ground and kicking Agent Paulino's legs. Agent

CONTINUATION OF COMPLAINT:
Jose CHAVEZ-Naranjo

Paulino then grabbed CHAVEZ's left elbow and positioned his arm to his lower back. Agent Parco was able to acquire CHAVEZ's right arm and also positioned it to his lower back. Agent Paulino was then able to apply hand-restraints to CHAVEZ and then secured him in Agent Paulino's marked Border Patrol vehicle. Agents Paulino, Parco and Hernandez then began to locate all of the ejected individuals, which were found to be 12 individuals. Agent Hernandez began triage and first aid and called for emergency medical services. Upon arrival of emergency medical services, Agent Hernandez assisted with first aid. Agent Paulino approached all twelve of the ejected individuals, identified himself as a Border Patrol agent and conducted an immigration inspection. All twelve individuals, including the material witnesses, Nancy Beraly LAVARREDA-Bonilla, J.D.L.M., Maria Luisa MARTINEZ-VERDUZCO, Adileth MERINO-Merino, Luis Alberto ORTIZ-Lopez, Jorge Luis ORTIZ-Lopez, Alfonso SANCHEZ-Hernandez, Tomasa Cristina SANTOS-Martinez and Litzy Karina TRUJILLO-Barboza, stated that they are citizens of a country other than the United States, without any documents that would allow them to enter or remain in the United States legally. Agent Paulino then approached CHAVEZ and conducted an immigration inspection, CHAVEZ stated that he is a United States citizen. At approximately 6:15 PM, Agent Paulino placed CHAVEZ under arrest and at approximately 6:18 PM, Agent Paulino placed all 12 individuals under arrest, including LAVARREDA, J.D.L.M., MARTINEZ, MERINO, ORTIZ, ORTIZ, SANCHEZ, SANTOS and TRUJILLO.

Material witnesses, LAVARREDA, J.D.L.M., MARTINEZ, MERINO, ORTIZ, ORTIZ, SANCHEZ, SANTOS and TRUJILLO, stated that they are citizens of a country other than the United States without any immigration documents that would allow them to enter or remain in the United States legally. SANCHEZ stated that he made smuggling arrangements. ORTIZ stated that his brother-in-law made smuggling arrangements for him. ORTIZ and SANCHEZ stated that they had agreed to pay in between $10,000 and $12,000 USD to be smuggled into the United States. ORTIZ and SANCHEZ stated that everyone got into the truck bed of the pickup truck, and that the driver directed them into the truck bed and underneath a cover. ORTIZ, SANCHEZ and TRUJILLO stated that everyone was yelling for the driver to stop during the pursuit by Border Patrol. ORTIZ, SANCHEZ and TRUJILLO stated that they all feared for their lives. SANCHEZ stated that he was traumatized.